PRINTING MART–MORRISTOWN v. SHARP
ELECTRONICS CORPORATION.

June 23, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. CLYDE LANE.

June 23, 1987.

Petition for certification denied.